Certificate Number: 14424-PAE-DE-039512951

Bankruptcy Case Number: 25-11121



14424-PAE-DE-039512951

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2025</u>, at <u>8:07</u> o'clock <u>PM EDT</u>, <u>John Peters</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 2, 2025</u>          By:   <u>/s/Mabelyn  Ramirez</u>

Name:  <u>Mabelyn  Ramirez</u>

Title:  <u>Instructor</u>