UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re:<br><br>JOHN PETERS III,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 25-11121 PMM |
|---|---|

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

To:   Riverfront Federal Credit Union

Movant, the Debtor in this bankruptcy proceeding, filed a Motion to Avoid Judgment Lien of Riverfront Federal Credit Union with the Court in order to avoid said lien in its entirety.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

1.   If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 14, 2025 you or your attorney must do **all** of the following:

(a)   file an answer explaining your position at Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA  19610.  If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to the Movant's attorney at:

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610
Ph.:  610-779-0772
Fax:  610-779-7473

  **2.**  **If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.**

  **3.**  **A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on August 21, 2025 at 11:00 am in The Gateway Building, 4th Floor Courtroom, 201 Penn Street, Reading, PA  19601.**

  **4.**  **If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).**

  **5.**  **You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.**

**Dated:**  July 5, 2025