**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**JOHN PETERS III,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 25-11121 PMM** |

**CERTIFICATE OF SERVICE RE:**
**MOTION TO AVOID LIEN OF RIVERFRONT FEDERAL CREDIT UNION**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Motion to Avoid Lien of Riverfront Federal Credit Union, proposed Order and Notice were served as follows:

1. On July 5, 2025 via ECF email to:

    DENISE ELIZABETH CARLON on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
    bkgroup@kmllawgroup.com

    United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

    SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

2. On July 5, 2025 via email to Riverfront Federal Credit Union by email to Eden Bucher, Esquire at ebucher@barley.com

                  **Respectfully submitted,**

                  **Hartman, Valeriano, Magovern & Lutz, PC**

**by:** _/s/ George M. Lutz_

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**