**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>**JOHN PETERS III,**<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 25-11121 PMM |

**ORDER RE:**
**STIPULATION TO RESOLVE DEBTOR'S MOTION TO AVOID JUDGMENT LIEN OF RIVERFRONT FEDERAL CREDIT UNION**

AND NOW, it appearing that the Debtor's Motion to Avoid Judgment Lien of Riverfront Federal Credit Union has been resolved between the parties by Stipulation,

and if further appearing that the Chapter 13 Trustee has indicated that he has no objection to the Stipulation,

IT IS HEREBY ORDERED that the Stipulation filed with the Court to ECF No. __19__ is hereby APPROVED.

**Date:** August 6, 2025

BY THE COURT

_/s/ Patricia M. Mayer_
**Patricia M. Mayer**
**United States Bankruptcy Judge**