| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11121-PMM

| | |
|---|---|
| John Peters, III | Petition Filed Date: 03/24/2025 |
| 4826 Partridge Drive | 341 Hearing Date: 04/29/2025 |
| Reading  PA    19606 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2025 | $300.00 | | 05/21/2025 | $300.00 | | 06/30/2025 | $300.00 | |
| 07/29/2025 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»»  001 | Unsecured Creditors | $3,415.47 | $0.00 | $0.00 |
| 2 | RIVERFRONT FEDERAL CREDIT UNION<br>»»  002 | Unsecured Creditors | $35,099.83 | $0.00 | $0.00 |
| 3 | PSECU<br>»»  003 | Unsecured Creditors | $15,444.53 | $0.00 | $0.00 |
| 4 | PSECU<br>»»  004 | Unsecured Creditors | $9,997.87 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»»  005 | Unsecured Creditors | $1,459.95 | $0.00 | $0.00 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  006 | Mortgage Arrears | $275.50 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  007 | Unsecured Creditors | $4,126.80 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $3,721.45 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  009 | Unsecured Creditors | $6,113.08 | $0.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $8,831.90 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»»  012 | Unsecured Creditors | $1,302.85 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $1,196.95 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $2,310.64 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC<br>»»  015 | Secured Creditors | $24,543.31 | $0.00 | $0.00 |

Chapter 13 Case No. 25-11121-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $82.50 | | |
| Funds on Hand: | $1,417.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.