**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In Re:** <br><br> **JOHN PETERS III,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 25-11121 PMM** |

**CERTIFICATE OF SERVICE RE: AMENDED CHAPTER 13 PLAN**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Amended Chapter 13 Plan were served as follows:

1. On February 3, 2026 via ECF email to:

    DENISE ELIZABETH CARLON on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
    bkgroup@kmllawgroup.com

    MATTHEW K. FISSEL on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
    bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

    United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

    SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

and

2. On February 3, 2026 as set forth in the Certificate of Service/Declaration of Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

        **Respectfully submitted,**

        **Hartman, Valeriano, Magovern & Lutz, PC**

**by:** _____

        **George M. Lutz, Esquire**
        **1025 Berkshire Boulevard, Suite 700**
        **Wyomissing, PA  19610**
        **Pa. Attorney ID No.: 46437**

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| IN RE: | CASE NO: 25-11121 |
|---|---|
| John Peters III | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 32 |

On 2/3/2026, I did cause a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 32

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2026

/s/ George M. Lutz, Esquire
George M. Lutz, Esquire  46437
Attorney for Debtor
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA 19610
610-763-0745
glutz@hvmllaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br><br>John Peters III | CASE NO: 25-11121<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 32 |

On 2/3/2026, a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 32

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
APPLE CARD - GS BANK USA LOCKBOX              CREDIT ONE BANK                                   GOODLEAP, LLC
6112 PO BOX 7247 GOLDMAN SACHS BANK           POB 98873                                         8781 SIERRA COLLEGE BLVD
PHILADELPHIA, PA 19170-0001                   LAS VEGAS, NV 89193-8873                          ROSEVILLE, CA 95661-5920




LVNV FUNDING, LLC                             PSECU                                             QUANTUM3 GROUP LLC AS AGENT FOR GOODLEAP
RESURGENT CAPITAL SERVICES                    PO BOX 67013                                      PO BOX 788
PO BOX 10587                                  HARRISBURG, PA 17106-7013                         KIRKLAND, WA 98083-0788
GREENVILLE, SC 29603-0587




SYNCB/LOWES                                   UPSTART NETWORK, INC                              BARCLAYS BANK DELAWARE
BOX 71727                                     C/O PERITUS PORTFOLIO SERVICES II, LLC             PO BOX BOX 8803
PHILADELPHIA, PA 19176-1727                   P.O. BOX 1149                                     WILMINGTON, DE 19899-8803
                                              GRAPEVINE, TX 76099-1149




EYE CONSULTANTS OF PA, PC                     GOODLEAP, LLC                                     PENNSYLVANIA STATE ECU
1 GRANITE POINT DRIVE SUITE 100               BOX 981440                                        PO BOX 67013
READING, PA 19610-1992                        EL PASO, TX 79998-1440                            HARRISBURG, PA 17106-7013




RESURGENT RECEIVABLES, LLC RESURGENT CAPITAL  SYNCB/AMAZON PLCC                                 SYNCB/CARE CREDIT DUAL CAR
SERVICES                                      BOX 71737                                         PO BOX 71757
PO BOX 10587                                  PHILADELPHIA, PA 19176-1737                       PHILADELPHIA, PA 19176-1757
GREENVILLE, SC 29603-0587




COMENITYCAPITAL/BIGLOTS CREDIT                (P)FIRST NATIONAL BANK OF OMAHA                   (P)JEFFERSON CAPITAL SYSTEMS LLC
BOX 182120                                    1601 DODGE ST                                     PO BOX 7999
COLUMBUS, OH 43218-2120                       STOP CODE 3113                                    SAINT CLOUD MN 56302-7999
                                              OMAHA NE 68102-1637




(P)PORTFOLIO RECOVERY ASSOCIATES LLC          QUANTUM3 GROUP LLC AS AGENT FOR COMENITY CAPITAL  RIVERFRONT FCU
PO BOX 41067                                  BANK                                              C/O EDEN R. BUCHER, ESQUIRE
NORFOLK VA 23541-1067                         PO BOX 788                                        2755 CENTURY BLVD.
                                              KIRKLAND, WA 98083-0788                           READING, PA 19610-3346




SYNCB/CARE CREDIT DUAL CAR                    TD BANK USA/TARGETCREDIT                          TOYOTA FINANCIAL SERVICES CREDIT DISPUTE
PO BOX                                        BOX 673                                           RESEARCH TEAM
19176-1757                                    MINNEAPOLIS, MN 55440-0673                        P.O. BOX 5855
                                                                                                CEDAR RAPIDS, IA 52409




TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON, TEXAS 75001-9013
```