United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

John Peters, III

     Debtor

Case No. 25-11121-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Peters, III, 4826 Partridge Drive, Reading, PA 19606-2457 |
| 14993904 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14989923 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Blvd., Wyomissing, PA 19610 |
| 14989922 | + | Riverfront FCU, c/o Eden R. Bucher, Esquire, 2755 Century Blvd., Reading, PA 19610-3346 |
| 14989928 | | Toyota Financial Services, Credit Dispute Research Team, P.O. Box 5855, Cedar Rapids, IA 52409 |
| 14989929 | + | UPSTART/ACU, BOX 1503, San Carlos, CA 94070-7503 |
| 14993213 | +++ | Upstart Network, Inc, C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14989912 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 13 2026 00:10:00 | APPLE CARD - GS BANK USA, LOCKBOX 6112 PO BOX 7247, GOLDMAN SACHS BANK, Philadelphia, PA 19170-0001 |
| 14989913 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 13 2026 00:10:00 | BARCLAYS BANK DELAWARE, PO Box BOX 8803, Wilmington, DE 19899-8803 |
| 14989914 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | COMENITYCAPITAL/BIGLOTS CREDIT, BOX 182120, Columbus, OH 43218-2120 |
| 14989915 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 13 2026 00:20:04 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 14989916 | + | Email/Text: c.busack@ecop.us | Feb 13 2026 00:10:00 | EYE CONSULTANTS OF PA, PC, 1 Granite Point Drive Suite 100, Reading, PA 19610-1992 |
| 14989917 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 13 2026 00:10:00 | FNB OMAHA, 1620 Dodge St,MS 3104, Omaha, NE 68197 |
| 14989919 | + | Email/Text: accountresearch@goodleap.com | Feb 13 2026 00:10:00 | GoodLeap, LLC, 8781 SIERRA COLLEGE BLVD, Roseville, CA 95661-5920 |
| 14989918 | ^ | MEBN | Feb 13 2026 00:05:16 | GoodLeap, LLC, Box 981440, El Paso, TX 79998-1440 |
| 15008298 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 15012084 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14989920 | + | Email/Text: bankruptcynotices@psecu.com | Feb 13 2026 00:11:00 | PENNSYLVANIA STATE ECU, PO Box 67013, Harrisburg, PA 17106-7013 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 32 |

| ID | | Method / Email | Timestamp | Name and Address |
|---|---|---|---|---|
| 14989921 | + | Email/PDF: ebnotices@pnmac.com | Feb 13 2026 00:20:09 | PENNYMAC LOAN SERVICES LLC, BOX 514387 M, Los Angeles, CA 90051-4387 |
| 14993841 | ^ | MEBN | Feb 13 2026 00:04:52 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15010872 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2026 00:20:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15005026 | + | Email/Text: bankruptcynotices@psecu.com | Feb 13 2026 00:11:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15005829 | + | Email/PDF: ebnotices@pnmac.com | Feb 13 2026 00:20:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15014301 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2026 00:10:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 15011220 | | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2026 00:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15005324 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14989924 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:15 | SYNCB/AMAZON PLCC, BOX 71737, Philadelphia, PA 19176-1737 |
| 14989925 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:03 | SYNCB/CARE CREDIT DUAL CAR, PO Box 19176-1757 |
| 14989926 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:27 | SYNCB/LOWES, Box 71727, Philadelphia, PA 19176-1727 |
| 14989950 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:14 | Syncb/Care Credit Dual Car, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14989927 | + | Email/Text: bncmail@w-legal.com | Feb 13 2026 00:10:00 | TD BANK USA/TARGETCREDIT, BOX 673, Minneapolis, MN 55440-0673 |
| 15010420 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 13 2026 00:10:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15070538 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 32

Date: Feb 14, 2026     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**                                **Email Address**

DENISE ELIZABETH CARLON

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

George Meany Lutz

on behalf of Debtor John Peters  III glutz@hvmllaw.com, HartmanValerianoMagovernLutzPC@jubileebk.net

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 John Peters III      )   Case No. 25−11121−pmm
             )
             )
 Debtor(s).       )   Chapter: 13
             )
             )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 12, 2026        For The Court

                 Patricia M. Mayer
                 Judge, United States Bankruptcy Court