Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Peters, III
4826 Partridge Drive
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11121-PMM**

Petition Filed Date: 03/24/2025
341 Hearing Date: 04/29/2025
Confirmation Date: 02/12/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $300.00 | | 09/23/2025 | $300.00 | | 11/03/2025 | $300.00 | |
| 12/02/2025 | $300.00 | | 12/30/2025 | $300.00 | | 01/15/2026 | $50.00 | |
| 02/09/2026 | $50.00 | | 03/09/2026 | $50.00 | | 04/20/2026 | $300.00 | |
| 06/02/2026 | $300.00 | | 06/16/2026 | $300.00 | | 07/10/2026 | $300.00 | |

**Total Receipts for the Period: $2,850.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $3,415.47 | $0.00 | $3,415.47 |
| 2 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $35,099.83 | $104.62 | $34,995.21 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $15,444.53 | $46.04 | $15,398.49 |
| 4 | PSECU<br>»» 004 | Unsecured Creditors | $9,997.87 | $29.80 | $9,968.07 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»» 005 | Unsecured Creditors | $1,459.95 | $0.00 | $1,459.95 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $275.50 | $275.50 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $4,126.80 | $0.00 | $4,126.80 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $3,721.45 | $0.00 | $3,721.45 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $6,113.08 | $18.22 | $6,094.86 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $8,831.90 | $26.32 | $8,805.58 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $1,302.85 | $0.00 | $1,302.85 |

**Chapter 13 Case No. 25-11121-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,196.95 | $0.00 | $1,196.95 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $2,310.64 | $0.00 | $2,310.64 |
| 15 | QUANTUM3 GROUP LLC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,350.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $3,725.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $295.35 | Total Plan Base: | $17,250.00 |
| Funds on Hand: | $329.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.